**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**Eugene Douglas MANNING, Petitioner**

**No. 63 MAL 2017**

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

AND NOW, this 6th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

**Mark W. SCHWALM, Petitioner**

v.

**Rupen G. MODI, D.O., Holy Spirit Hospital of the Sisters of Christian Charity, and New Jersey/Pennsylvania Em-I Medical Services, P.C., Respondents**

**No. 42 MAL 2017**

Supreme Court of Pennsylvania.

July 6, 2017

## ORDER

PER CURIAM

AND NOW, this 6th day of July, 2017, the Petition for Allowance of Appeal is DENIED.

**COMMONWEALTH of Pennsylvania,**
**Respondent**

v.

**James Edward CARTER, Jr., Petitioner**

**No. 69 WAL 2017**

Supreme Court of Pennsylvania.

July 7, 2017

## ORDER

PER CURIAM

AND NOW, this 7th day of July, 2017, the Petition for Allowance of Appeal is DENIED.